734 A.2d 1270

IN THE MATTER OF SEAMUS M. TUOHEY,
AN ATTORNEY AT LAW.

August 19, 1999.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **SEAMUS M. TUOHEY of NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for a period of six months effective February 9, 1999, by Order of this Court dated January 12, 1999, be restored to the practice of law, effective immediately.